

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00311-CR

Rafael Tellez **MENDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9933
Honorable Raymond Angelini, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to September 21, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Dante Dominguez
Law Office of Dante Eli Dominguez
310 S. St Mary's St.
Suite 1215
San Antonio, TX 78205

Cynthia Hujar Orr
310 S. St. Mary's St.
29th Tower Life Bldg
San Antonio, TX 78205

Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205